**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:19-cr-60191-UU

UNITED STATES OF AMERICA

v.

ANDERSON JEAN,

    Defendant.

_____/

**ORDER**

THIS CAUSE comes before the Court upon the Defendant's *pro se* Motion for Return of Property (D.E. 20) ("Motion").

THE COURT has reviewed the Motion and pertinent parts of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick M. Hunt who, on May 7, 2020, issues a Report (D.E. 28) ("Report") recommending that the Motion be denied.

The parties did not file objections, even though Defendant was given multiple extensions to do so, with a final deadline of August 21, 2020—more than five months after the Report was issued. D.E. 34; *see LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon review, the Court agrees with Magistrate Judge Hunt's recommendations and concurs in all findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 28, is RATIFIED, ADOPTED, and AFFIRMED. It is further

1

2

ORDERED AND ADJUDGED the Motion, D.E. 20, is DENIED.  It is further

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _28th__ day of August, 2020.

*[signature]*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
Anderson Jean, *pro se*
Counsel of Record via CM/ECF